USAO#2015R00817/KG

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. |
| | : | |
| | : | Criminal No. 16- 427(ES) |
| v. | : | |
| | : | |
| LENIN EUGENIO BASANTES | : | 18 U.S.C. § 2252A(a)(2)(A) |
| | : | 18 U.S.C. § 2252A(b)(1) |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about July 19, 2013, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

LENIN EUGENIO BASANTES,

did knowingly distribute and attempt to distribute child pornography, as defined as Title 18, United States Code, Section 2256(8), which had been mailed, and using any means and facility of interstate and foreign commerce, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## FORFEITURE ALLEGATION

1.  The allegations contained on Page One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a).

2.  Upon conviction of the offense set forth in this Information, in violation of Title 18, United States Code, Section 2252A(a)(2)(A), the defendant,

LENIN EUGENIO BASANTES,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, all of his right, title, and interest in the following:

   a.  Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, or 2252A, or any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code Part I, Chapter 110;

   b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

   c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

The property to be forfeited includes, but is not limited to, the following, which was seized from the defendant's residence on or about November 4, 2015:

   a.  HP Pavilion computer, serial number 200841AS201324, including internal hard drives;

      b.      Sony Vaio computer, serial number 543041110000389, including internal hard drive;

      c.      Verbatim Digital Video Disc, labeled "My Favorite PTHC, Training Video," and

      d.      Samsung Galaxy S6 Edge cellular telephone.

3.      If any of the property described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

*[signature]*

PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 16-_____

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

LENIN EUGENIO BASANTES

# INFORMATION FOR

18 U.S.C. § 2252A(a)(2)(A)
18 U.S.C. § 2252A(b)(1)

**PAUL J. FISHMAN**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

KELLY GRAVES
ASSISTANT U.S. ATTORNEY
*973-645-2746*