# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

## Minutes of Proceedings

Judge: **Esther Salas**          SEPTEMBER 20, 2016
                                  Date of Proceedings

Court Reporter: Lynne Johnson

Deputy Clerk: Philip Selecky

**Title of Case:**                Docket # **Cr. 16-427-01 (ES)**

U.S.A. v. Lenin Eugenio Basantes

**Appearance**:
Kelly Graves, AUSA, for the govt.
Mario Blanch, Esq, for the deft.

**Nature of Proceedings**: PLEA TO AN INFORMATION
Defendant is sworn.
Defendant is pleading Guilty to count 1 of the Information.
Information, Waiver of Indictment, Plea Agreement & Rule 11 form are filed.
Sentence date set for 1-10-17 at 10:30 a.m.
Ordered defendant remanded.


Time Commenced: 12:20 p.m. - 1:55 p.m.
Time Adjourned: 12:30 p.m. - 2:35 p.m.
Total Time: 50 Minutes


                                  Philip Selecky, Deputy Clerk